AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 APR 30  PM 1:18

CLERK-LAS CRUCES

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: 18mj1491 |
| Raul PORTILLO-Murrieta | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of <u>April 28, 2018</u> in the county of <u>Hidalgo</u> in the State and District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. <u>§1326(a)(1)/(b)(2)(Re-Entry After Deport Agg Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of an aggravated felony, to wit: 21 USC 841, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully.

This criminal complaint is based on these facts:
On April 28, 2018 Agents of the Lordsburg, New Mexico Border Patrol Station encountered the defendant in Hidalgo County, New Mexico.  The defendant was questioned as to his citizenship to which he stated that he was a citizen of Mexico illegally present in the United States.  The defendant did not cross through a lawful Port of Entry; therefore, he was not admitted or paroled by an Immigration Officer. Immigration checks revealed that the defendant has been removed from the United States to Mexico on January 12, 2001 from the United States to Mexico through El Paso, Texas.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Eduardo Quintana, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 30, 2018

_____
*Judge's signature*

City and state: Las Cruces, N.M.

CARMEN E. GARZA
U.S. MAGISTRATE JUDGE
*Printed name and title*



CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Raul PORTILLO-Murrieta

**Continuation of Statement of Facts:**
Criminal record checks revealed that the defendant was convicted of 21 USC 841(b)(1)(B) on November 9, 1999 in Las Cruces, New Mexico and was sentenced to 24 months imprisonment. There is no evidence to show that the defendant has applied for or received permission from the proper authorities to be or remain in the United States.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer
**CARMEN E. GARZA**
**U.S. MAGISTRATE JUDGE**

_____
Signature of Complainant

Quintana, Eduardo
Filing Agent